1   FRANK N. DARRAS #128904, Frank@DarrasLaw.com
    LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
2   DARRASLAW
3   3257 East Guasti Road, Suite 300
    Ontario, California 91761-1227
4   Telephone:   (909) 390-3770
    Facsimile:    (909) 974-2121
5

6   Attorneys for Plaintiff
    SHERRI HUBBLE
7

8   Robert R. Pohls #131021, rpohls@califehealth.com
    Kenneth M. Perscheid #120962, kperscheid@califehealth.com
9   POHLS & ASSOCIATES
    1550 Parkside Drive, Suite 260
10  Walnut Creek, California  94596
    Telephone: (925) 973-0300
11  Facsimile: (925) 973-0330

12
    Attorney for Defendant
13  THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

14

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17  SHERRI HUBBLE,                              Case No: 1:10-CV-00603-AWI-JLT

18          Plaintiff,
19                                              **STIPULATION AND ORDER RE
                                                VOLUNTARY DISMISSAL OF ENTIRE
20      vs.                                     ACTION
                                                WITH PREJUDICE**
21  THE LINCOLN NATIONAL LIFE
    INSURANCE COMPANY,
22

23          Defendant.

24

25      IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff SHERRI HUBBLE,

26  and defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and their

27  attorneys of record, that the parties have resolved this matter in its entirety.

28      IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

DISMISSAL OF ENTIRE ACTION  WITH PREJUDICE

1   shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

2

3   Dated: March 25, 2011                **DarrasLaw**

4

5

6                                        _/s/ Lissa A. Martinez_
                                         FRANK N. DARRAS
7                                        LISSA A. MARTINEZ
                                         Attorneys for Plaintiff
8                                        SHERRI HUBBLE

9

10  Dated: March 25, 2011                POHLS & ASSOCIATES

11                                       _/s/ Robert R. Pohls_
12                                       ROBERT R. POHLS
                                         KENNETH M. PERSCHEID
13                                       Attorneys for Defendant
                                         THE LINCOLN NATIONAL LIFE
14                                       INSURANCE COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HUBBLE,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>       Defendant. | Case No: 1:10-CV-00603-AWI-JLT<br><br><br>**ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.


IT IS SO ORDERED.

Dated:   March 31, 2011   _____

CHIEF UNITED STATES DISTRICT JUDGE